United States District Court
Northern District of California

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MONEY GREEN,
Petitioner,
v.
SUPERIOR COURT OF CONTRA COSTA COUNTY,
Respondent.

Case No. 26-cv-07934 EJD (PR)

**ORDER OF DISMISSAL**

On July 30, 2026, Petitioner, a California prisoner, filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 along with a motion for leave to proceed in forma pauperis. ECF Nos. 1, 2, 3. On the same day, the Clerk notified Petitioner that he needed to either pay the filing fee or submit the appropriate IFP form with the appropriate supporting documentation, *i.e.*, Certificate of Funds and a prisoner trust account statement, within twenty-eight days from the date of the notice to avoid dismissal. ECF No. 4. This matter was reassigned to the Undersigned on September 1, 2026. ECF No. 7.

The deadline has passed, and Petitioner has failed to respond or have any further communication with the Court. Accordingly, the action is **DISMISSED** without prejudice for failure to pay the filing fee.

The Clerk shall terminate any pending motions and close the file.

**IT IS SO ORDERED.**

Dated: September 16, 2026

EDWARD J. DAVILA
United States District Judge