UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MONEY GREEN,
Petitioner,

v.

SUPERIOR COURT OF CONTRA COSTA COUNTY,
Respondent.

Case No. 26-cv-07934 EJD (PR)

**JUDGMENT**

For the reasons stated in the order of dismissal, this action is dismissed without prejudice for failure to pay the filing fee. Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: September 16, 2026

EDWARD J. DAVILA
United States District Judge

United States District Court
Northern District of California